MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Stanko** _____ JAD/TPA/CMB/**GLT**
Case Number: **19-20152**
Date of Meeting: **6/3/19**   Recording # \_\_\_\_
Debtor(s) present **✓** or Not Present \_\_\_\_ (\_\_No Payments Made or \_\_partial payments)
Attorney for debtor(s) **PRO SE** (Present \_\_\_ or Not Present **✓**)
Date of Plan at § 341: **3/11/19**   Applicable commitment period **✓** 3 yrs \_\_ 5 yrs

**No Payments**
**Debtor is making direct payments**

(1) Debtor must file Amended plan that lists mortgage & mortgage address and monthly payment & Arrears & include car loan & show date payments to start through Trustee.

(2) Debtor must file amended schedule & listing information for all secured creditors

(3) Debtor must file Amended schedule that is consistent with allowed exemptions

\_\_ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
\_\_ Meeting NOT HELD
\_\_ Order to Show Cause Requested
\_\_ To be rescheduled by Clerk

\_\_ Confirmation Order recommended, \_\_ Final \_\_ Interim
**✓** Amended Plan due: **6/24/19**; Objections due: **7/19/19**

(4) Filing Fee must be paid by deadline in order

\_\_ Trustee recommends dismissal of the case (Debtor consents)
\_\_ Trustee recommends dismissal of the case (Debtor does not consent)*
\_\_ Trustee recommends dismissal of the case (Debtor has no defense)
\_\_ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
\_\_ Continued to:
\_\_ 341 Meeting  OR  **✓** Conciliation Conf. OR \_\_ *Contested Hearing
On **7/25/19** at **3:00** am/**pm** Location _____

Recommended debtor consult an attorney

(5) Need copy 2018 Return

Chapter 13 Trustee/Attorney for Trustee